AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MONTY C PEPPER
    Plaintiff,
    v.

WARDON PHELPS &State od Delaware
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: - 0 8 - 4 9 0

I, MONTY PEPPER declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.      Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

     If "YES" state the place of your incarceration DCC 1181 Paddock re Smyrna De 19977

     **Inmate Identification Number (Required):** 156920

     Are you employed at the institution? Np  Do you receive any payment from the institution? No

     *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.      Are you currently employed? ☐ Yes    ☒ No

     a. period    If the answer is "YES" state the amount of your take-home salary or wages and pay and give the name and address of your employer.

     b. take-home    If the answer is "NO" state the date of your last employment, the amount of your salary or wages and pay period and the name and address of your last employer. 2004

3.      In the past 12 twelve months have you received any money from any of the following sources?

| | | | Yes | No |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | | ☐ | ☒ |
| b. | Rent payments, interest or dividends | | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | | ☐ | ☒ |
| d. | Disability or workers compensation payments | | ☐ | ☒ |
| e. | Gifts or inheritances | | ☒ | ☐ |
| f. | Any other sources | | ☐ | ☒ |

     If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. money form mother and father to get supplies to live

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $

5. or other  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. and  List the persons who are dependent on you for support, state your relationship to each person indicate how much you contribute to their support, OR state NONE if applicable.
   Son  Matthew Pepper   none .

   I declare under penalty of perjury that the above information is true and correct.

   July 28  2008
   _____          _____
   DATE                                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**