To Clerk
US District Court
for Del

Sir

Inclosed is my Habeas. with application To proceed informa paulpers. However because of a delay by DCC accounting I am still wateing for my account record for the past 6 months.

The problem is my Time Tole is running down To days. and if I fail To file This Habeas my Time will expire.

Please can This be docketted and as soon as The account information is sent To me I will forward iT To you.

I have proceeded before informa Paupers and iT was granted

Please if Theres an issue Please leT me know. I would expect The informaT with in a week or so. Thank you

[FILED AUG - 6 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE]  -08-490