Aug 28 08

To Clerk

CA 08-490 JJF

Re account information

Sir/Mam

Inclosed is the 6 moth record of account information for the informa Paupers I'm verry sorry for the delay I just recived it yesterday This was for the Habus.

Thank You

Respectfully

Monty Pepper
JTVCC
1181 Paddock Rd
Smyrna Del 19977

FILED

AUG 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *Monty Pepper*    SBI#: *156920*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *8/20/08*

---

Attached are copies of your inmate account statement for the months of *February 1, 2008* to *July 31, 2008*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 77.99 |
| Mar | 57.73 |
| Apr | 61.01 |
| May | 55.73 |
| June | 45.58 |
| July | 52.36 |

Average daily balances/6 months: $58.24

Attachments
CC: File

*Mercedes Vallen*
8/20/08

*[signature]*
8/20/08

Date Printed: 8/20/2008

# Individual Statement
## From February 2008 to July 2008

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $107.37 |
|---|---|---|---|---|---|---|---|
| 00156920 | Pepper | Monty | C | | | Ending Month Balance: | $8.57 |

Current Location: E    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($1.65) | $0.00 | $0.00 | $105.72 | 550997 | | 1/9/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($4.60) | $105.72 | 552289 | | 1/9/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($1.99) | $105.72 | 552291 | | 1/9/08 | |
| Supplies-MailPosta | 2/8/2008 | ($4.60) | $0.00 | $0.00 | $101.12 | 554244 | | 1/9/08 | |
| Supplies-MailPosta | 2/8/2008 | ($1.99) | $0.00 | $0.00 | $99.13 | 554247 | | 1/9/08 | |
| Canteen | 2/12/2008 | ($29.96) | $0.00 | $0.00 | $69.17 | 555546 | | | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($3.17) | $69.17 | 560184 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($4.60) | $69.17 | 560185 | | 1/23/08 | |
| Canteen | 2/26/2008 | ($29.96) | $0.00 | $0.00 | $39.21 | 561515 | | | |
| Supplies-MailPosta | 3/4/2008 | ($3.17) | $0.00 | $0.00 | $36.04 | 565702 | | 1/23/08 | |
| Supplies-MailPosta | 3/4/2008 | ($4.60) | $0.00 | $0.00 | $31.44 | 565704 | | 1/23/08 | |
| Canteen | 3/11/2008 | ($29.95) | $0.00 | $0.00 | $1.49 | 568520 | | | |
| Mail | 3/13/2008 | $100.00 | $0.00 | $0.00 | $101.49 | 569835 | 200726902618 | 2/13/08 | R PEPPER |
| Supplies-MailPosta | 3/17/2008 | $0.00 | $0.00 | ($0.97) | $101.49 | 571225 | | 2/13/08 | |
| Canteen | 3/19/2008 | ($27.69) | $0.00 | $0.00 | $73.80 | 572412 | | | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.97) | $73.80 | 572946 | | 3/17/08 | |
| Canteen | 3/26/2008 | ($19.91) | $0.00 | $0.00 | $53.89 | 575457 | | | |
| Canteen | 4/2/2008 | ($19.87) | $0.00 | $0.00 | $34.02 | 578565 | | | |
| Supplies-MailPosta | 4/4/2008 | ($0.97) | $0.00 | $0.00 | $33.05 | 580605 | | 2/13/08 | |
| Supplies-MailPosta | 4/4/2008 | ($0.97) | $0.00 | $0.00 | $32.08 | 580863 | | 3/17/08 | |
| Canteen | 4/9/2008 | ($18.48) | $0.00 | $0.00 | $13.60 | 583744 | | | |
| Visit | 4/14/2008 | $100.00 | $0.00 | $0.00 | $113.60 | 585482 | 20074637900-11892 | | E PEPPER |
| Canteen | 4/16/2008 | ($19.89) | $0.00 | $0.00 | $93.71 | 586656 | | | |
| Canteen | 4/23/2008 | ($16.79) | $0.00 | $0.00 | $76.92 | 590476 | | | |
| Canteen | 4/30/2008 | ($18.43) | $0.00 | $0.00 | $58.49 | 594122 | | | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.97) | $58.49 | 596620 | | 4/2/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.97) | $58.49 | 596621 | | 4/2/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.65) | $58.49 | 597210 | | 4/17/08 | |
| Canteen | 5/7/2008 | ($20.72) | $0.00 | $0.00 | $37.77 | 598757 | | | |
| Supplies-MailPosta | 5/7/2008 | ($0.97) | $0.00 | $0.00 | $36.80 | 599728 | | 4/2/08 | |
| Supplies-MailPosta | 5/7/2008 | ($0.97) | $0.00 | $0.00 | $35.83 | 599729 | | 4/2/08 | |

# Individual Statement
## From February 2008 to July 2008

Date Printed: 8/20/2008

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00156920 | Pepper | Monty | C | | | Beginning Month Balance: | $107.37 |

Current Location: E    Comments:    Ending Month Balance: $8.57

Page 2 of 3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/7/2008 | ($1.65) | $0.00 | $0.00 | $34.18 | 600007 | | 4/17/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($1.14) | $34.18 | 600819 | | 5/6/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($2.84) | $34.18 | 600821 | | 05/6/08 | |
| Supplies-MailPosta | 5/13/2008 | ($1.14) | $0.00 | $0.00 | $33.04 | 602619 | | 5/6/08 | |
| Supplies-MailPosta | 5/13/2008 | ($2.84) | $0.00 | $0.00 | $30.20 | 602620 | | 05/6/08 | |
| Canteen | 5/14/2008 | ($21.12) | $0.00 | $0.00 | $9.08 | 602905 | | | |
| Mail | 5/20/2008 | $100.00 | $0.00 | $0.00 | $109.08 | 605901 | 200879405166 | | E PEPPER |
| Canteen | 5/21/2008 | ($8.97) | $0.00 | $0.00 | $100.11 | 606093 | | | |
| Supplies-MailPosta | 5/22/2008 | $0.00 | $0.00 | ($2.36) | $100.11 | 607285 | | 5/16/08 | |
| Supplies-MailPosta | 5/22/2008 | ($2.36) | $0.00 | $0.00 | $97.75 | 607851 | | 5/16/08 | |
| Canteen | 5/28/2008 | ($24.92) | $0.00 | $0.00 | $72.83 | 609214 | | | |
| Canteen | 6/4/2008 | ($23.83) | $0.00 | $0.00 | $49.00 | 612597 | | | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($1.17) | $49.00 | 614102 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($0.42) | $49.00 | 614103 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($0.59) | $49.00 | 614104 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($0.42) | $49.00 | 614105 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | ($0.42) | $0.00 | $0.00 | $48.58 | 614835 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | ($1.17) | $0.00 | $0.00 | $47.41 | 614834 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | ($0.42) | $0.00 | $0.00 | $46.99 | 614837 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | ($0.59) | $0.00 | $0.00 | $46.40 | 614836 | | 6/3/08 | |
| Canteen | 6/11/2008 | ($21.55) | $0.00 | $0.00 | $24.85 | 616340 | | | |
| Canteen | 6/18/2008 | ($24.43) | $0.00 | $0.00 | $0.42 | 619598 | | | |
| Mail | 6/23/2008 | $100.00 | $0.00 | $0.00 | $100.42 | 621001 | 93515266438 | | R PEPPER |
| Canteen | 6/26/2008 | ($32.11) | $0.00 | $0.00 | $68.31 | 623048 | | | |
| Canteen | 7/3/2008 | ($55.29) | $0.00 | $0.00 | $13.02 | 626581 | | | |
| Canteen | 7/10/2008 | ($12.71) | $0.00 | $0.00 | $0.31 | 629588 | | | |
| Mail | 7/10/2008 | $100.00 | $0.00 | $0.00 | $100.31 | 629699 | 2009192840 | REFUND | E PEPPER |
| Canteen | 7/15/2008 | $4.55 | $0.00 | $0.00 | $104.86 | 631414 | | | |
| Canteen | 7/17/2008 | ($35.29) | $0.00 | $0.00 | $69.57 | 632538 | | | |
| Canteen | 7/24/2008 | ($39.56) | $0.00 | $0.00 | $30.01 | 636037 | | | |
| Supplies-MailPosta | 7/29/2008 | $0.00 | $0.00 | ($1.00) | $30.01 | 638302 | | 7/19/08 | |

# Individual Statement
## From February 2008 to July 2008

Page 3 of 3

Date Printed: 8/20/2008

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00156620 | Pepper | Monty | C | |

Current Location: E

Comments:

Beginning Month Balance: $107.37
Ending Month Balance: $8.57

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/29/2008 | $0.00 | $0.00 | ($1.34) | $30.01 | 638304 | | 7/19/08 | |
| Canteen | 7/30/2008 | ($19.10) | $0.00 | $0.00 | $10.91 | 639138 | | | |
| Supplies-MailPosta | 7/30/2008 | ($1.00) | $0.00 | $0.00 | $9.91 | 639650 | | 7/19/08 | |
| Supplies-MailPosta | 7/30/2008 | ($1.34) | $0.00 | $0.00 | $8.57 | 639652 | | 7/19/08 | |

Ending Month Balance: $8.57

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($5.89)

I/M M Pepper
SBI# 156920 UNIT E B10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 AUG 2008 PM 2

Clerk
US District Court
844 N King Street
Lock Box 18
Wilmington Del 19801